## RECONSIDERATION DOCKET

**98–21 and 98–23.   Delli Bovi v. Pacific Indemn. Co.**
Certified State Law Questions, Nos. 4:97 CV0094 and 4:97 CV0147. Reported at 85 Ohio St.3d 343, 708 N.E.2d 693. On motion for reconsideration. Motion denied.

DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**99–170.   FOE Aerie 0895 v. Ohio Liquor Control Comm.**
Lawrence App. No. 98CA09. Reported at 85 Ohio St.3d 1456, 708 N.E.2d 1010. On motion for reconsideration. Motion denied.

**99–175.   State v. Hutton.**
Lucas App. No. L–98–1199. Reported at 85 Ohio St.3d 1456, 708 N.E.2d 1010. On motion for reconsideration. Motion denied.

DOUGLAS, J., dissents.

RESNICK, J., not participating.